# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

|  |  |
|---|---|
| David Millan,<br>    Plaintiff,<br><br>v.<br><br>EL POBLANO MEXICAN RESTAURANT, a domestic corporation; and FIDEL CASTRO, and individual,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **Summons**<br>(Issued pursuant to Rule 4 of the Federal Rules of Civil Procedure or other appropriate law.)<br><br>2:19-CV-01131-ACA |

## Summons in a Civil Action

To:   **Fidel Castro**
     519 Creekview Cir
     Hoover, Al 35226-3417

A lawsuit has been filed against you.

    Within ___21___ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Freddy Rubio, Esq.
Charline Whyte, Esq.
RUBIO LAW FIRM, P.C.
438 Carr Avenue, Suite 1
Birmingham, AL 35209

**If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.** You also must file your answer or motion with the court.

DATE: 7/24/19

SHARON N. HARRIS, CLERK

By: _[signature]_
Deputy Clerk

(SEAL OF COURT)

SEE REVERSE SIDE FOR RETURN

NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

|  |  |
|---|---|
| David Millan,<br>    Plaintiff,<br><br>v.<br><br>EL POBLANO MEXICAN RESTAURANT, a domestic corporation; and FIDEL CASTRO, and individual,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **Summons**<br>(Issued pursuant to Rule 4 of the Federal Rules of Civil Procedure or other appropriate law.)<br><br><br><br>2:19-CV-01131-ACA |

## Summons in a Civil Action

To:

**El Poblano Mexican Restaurant**
c/o Maexia Adan
1901 Center Point Road
Birmingham, Alabama 35215

A lawsuit has been filed against you.

Within ___21___ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Freddy Rubio, Esq.
Charline Whyte, Esq.
RUBIO LAW FIRM, P.C.
438 Carr Avenue, Suite 1
Birmingham, AL 35209

**If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.** You also must file your answer or motion with the court.

DATE: 7/24/19

SHARON N. HARRIS, CLERK

By: _[signature]_
Deputy Clerk

SEE REVERSE SIDE FOR RETURN

(SEAL OF COURT)

NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203