**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   FIDEL CASTRO
   519 CREEKVIEW CIR.
   HOOVER, AL 35226

   9590 9402 4527 8278 0151 13

2. Article Number (Transfer from service label)

   7018 0680 0001 1678 2171

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X *Fidel Castro*
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name): FIDEL CASTRO
C. Date of Delivery: 8-5-2019

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

   2019 AUG -6 A 10:36
   U.S. DISTRICT COURT
   N.D. OF ALABAMA

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☑ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery (over $500)
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

USPS TRACKING #




9590 9402 4527 8278 0151 13

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

HUGO L. BLACK UNITED STATES COURTHOUSE
1729 5TH AVENUE NORTH
BIRMINGHAM, AL 35203

2:19-CV-01131-ACA