# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA SOUTHERN DIVISION

| | |
|---|---|
| **DAVID MILLAN,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | )     **2:19-CV-01131-ACA** |
| | ) |
| **EL POBLANO MEXICAN** | ) |
| **RESTAURANT, INC., a** | ) |
| **domestic corporation; and** | ) |
| **FIDEL CASTRO, an individual,** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

## JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANTS TO MOVE OR RESPOND TO COMPLAINT

The parties jointly move for an extension of time until September 12, 2019, for the Defendants to move or respond to the Complaint of the Plaintiff. The parties have consulted and agreed that Plaintiff's counsel will file this motion on behalf of both Plaintiff and Defendants.

/s/ Freddy Rubio
Freddy Rubio
ASB-5403-D62R
Counsel for Plaintiff

**OF COUNSEL:**

RUBIO LAW FIRM, P.C.
438 Carr Avenue, Suite I
Birmingham, AL 35209
www.rubiofirm.com
T:205-443-7858
F:205-443-7853

**Certificate of Service**

I hereby certify that on the 30th day of August 2019, I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to the following:

**Page Law Firm, LLC**
Temporary Address During Illness
16704 NE 21ST Street
Bellevue, WA 98008
(205) 337-6905
lewis.page@pagelaw.net
205.337.6905
205.719.4046 (fax)

**/s/ Freddy Rubio**
Freddy Rubio
**Counsel for Plaintiff**