



Hugo L. Black United States Courthouse
1729 5th Avenue North
Birmingham, Al 35203

**CERTIFIED MAIL**

7018 0680 0001 1678 2188

El Poblano Mexican Restaurant
c/o Maexia Adan
1901 Center Point Road
Birmingham, Alabama 35215

NIXIE          352   FE 1              0008/29/19
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

BC: 3520320799    *2075-01909-29-30