IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA SOUTHERN DIVISION

DAVID MILLAN, an individual,

    Plaintiff,

v.                                                          2:19-CV-01131-ACA

EL POBLANO MEXICAN
RESTAURANT, INC.,
a domestic corporation; and
FIDEL CASTRO, an individual,

    Defendants

DISCLOSURE OF CORPORATE AFFILIATIONS, FINANCIAL INTEREST,
AND BUSINESS ENTITY CITIZENSHIP FOR DEFENDANT
FIDEL CASTRO.

Pursuant to Federal Rule of Civil Procedure 7.1 and L.R. 3.4, EL POBLANO MEXICAN RESTAURANT, INC. makes the following disclosures concerning parent companies, subsidiaries, partners, limited liability entity members and managers, affiliates, and similar entities, as well as unincorporated associations or similar entities.

*[INSTRUCTIONS: Check which are applicable and fill in any required information.]*

X    This party is an individual.

1

_____This party is a publicly held corporation or other publicly held entity.

_____This party has parent corporation(s).

If yes, identify all parent corporations, including grandparent and great-grandparent corporations below:

_____Ten percent or more of the stock of a party is owned by a publicly held corporation or other publicly held entity.

If yes, identify all such owners:

_____Another publicly held corporation or another publicly held entity has a direct financial interest in the outcome of the litigation.

If yes, identify all corporations or entities and the nature of their interest:

_____This party is a limited liability company or limited liability partnership.

If yes, identify each member of the entity and the member's state of citizenship:

_____This party is an unincorporated association or entity.

If yes, identify the members of the entity and their states of citizenship:

**Filed** this the 12th[th] day of September 2019.

/Lewis Page//
Lewis Page, ASB 2860 P46L
Attorney for FIDEL CASTRO

**Certificate of Service**

    I hereby certify that on the 12th day of September 2019, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to the following:

  Freddy Rubio, Esq.
  Charline Whyte, Esq.
  RUBIO LAW FIRM, P.C.
  438 Carr Avenue, Suite I
  Birmingham, AL 35209

And I hereby certify that I will mail the document by U.S. mail to the following non-filing user:  None.

                                      /Lewis Page/
                                      Lewis Page
                                      Counsel