FILED
2020 Oct-16  PM 04:06
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### (SOUTHERN DIVISION)

| | | |
|---|---|---|
| DAVID MILLAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:19-cv-01131-AMM |
| | ) | |
| EL POBLANO MEXICAN | ) | |
| REST., INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## PARTIES' TRIAL CONFLICT REPORT

**COME NOW** the Parties and report the following trial conflicts for a potential trial setting in April 2021 and May 2021:

**Available Weeks:**

1.    Available weeks:

      a. April 12, 2021

      b. April 26, 2021

      c. May 3, 2021

2.    Below we provide a list of conflicts to the extent this trial could be set on one of those weeks and be a priority over the previously set trial.

**Trial Conflicts (Rubio & Yearout):**

1.    April 5, 2021:

      a. *Harrison v. Wal-Mart*, 43-cv-2017-00219-JEW (Lee County);

       b. *Munoz v. Premier Kings*, 01-cv-2019-901747-JFH (Jefferson County).

2.    April 19, 2021:

       a. *Cooper v. Wright*, 01-cv-2017-905349-CSS (Jefferson County)

3.    April 27, 2021:

       a. *Mendoza v. KGS Steel, Inc.*, 68-cv-2016-900611-RLJ (Bessemer Division of Jefferson County) (Bench Trial).

4.    May 10, 2021:

       a. *Salter v. Trussville*, 01-cv-2017-900819-PJB (Jefferson County)

       b. *Pasaribu v. NFL Logistics*, 01-2019-901070-RSV (Jefferson County)

       c. *Brian's Carpet v. Locke*, 01-cv-2020-900236-CSS (Jefferson County)

       d. *Nava v. Alsafadi,* 01-cv-2020-900651-MJH (Jefferson County)

5.    May 17, 2021:

       a. *Knox v. Harland*, 2:19-cv-00378-RAH-KFP (Middle District).

          i. This case will be mediated in November 2020.

6.    May 24, 2021:

       a. *Evans v. State Farm*, 01-cv-2020-900533-JFH (Jefferson County).

**Trial Conflicts (Lewis Page):**

1.    None.

**Dated: October 16, 2020.**
Respectfully Submitted,

/s/ *Freddy Rubio*
Freddy Rubio (ASB-5403-d62r)
*Attorney for Millan*
RUBIO LAW FIRM, P.C.
438 Carr Avenue, Suite 1
Birmingham, AL 35209
t. 205.443.7858
e. frubio@rubiofirm.com

/s/ *Jason L. Yearout*
Jason L. Yearout, (ASB-4487-t80j)
*Attorney for Millan*
YEAROUT & TRAYLOR, P.C.
3300 Cahaba Road, Suite 300
Birmingham, AL 35223
t. 205.414.8160
e. jyearout@yearout.net

/s/ *Lewis Page*
Lewis Page (ASB 2860 P46L)
Attorney for Defendants
**PAGE LAW FIRM**
2908 Crescent Avenue
Birmingham, Alabama 35209
Telephone: 205-337-6905
Email: lewis.page@pagelaw.net

## CERTIFICATE OF SERVICE

I certify that on **October 16, 2020**, a true and correct copy of the foregoing was served by filing it through the court's electronic filing system, or if not filed, then sent by electronic mail (or as indicated below) on the following counsel and/or pro se parties:

Lewis Page
**PAGE LAW FIRM**
2908 Crescent Avenue
Birmingham, Alabama 35209
t. 205.939.3900
e. lewis.page@pagelaw.net

/s/ *Jason L. Yearout*
Of Counsel

3